IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. CR-08-263 (RMC)** |
| v. : | |
| : | **FILED** |
| **KARIN COPPENS** : | **SEP 1 2 2008** |
| : | NANCY MAYER WHITTINGTON, CLERK |
| **Defendant.** : | U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Karin Coppens ("COPPENS"), with the concurrence of her attorney, Harold Martin, Esq., agree and stipulate as follows:

1. The Metropolitan Police Department for the District of Columbia ("MPD") is the primary law enforcement agency in the District of Columbia. MPD is one of the ten largest local police agencies in the United States. In each year since 2004, the Metropolitan Police Department has received more than $10,000 in benefits under various Federal programs involving grants, contracts, subsidies, loans, guarantees, insurance, or other forms of Federal assistance.

2. Numerous MPD officers participate each month in the Photo Radar Overtime Program. That program permits any MPD officer who receives 40 hours of training to participate. Once trained, an officer certified for the Photo Radar Program can begin to work Photo Radar Overtime by operating photo radar equipment that is installed in unmarked police cruisers parked on the streets of the District of Columbia to enforce traffic violations.

3. COPPENS has been employed by MPD since 1985. COPPENS has never completed or participated in any training with the Photo Radar Overtime Program. According to the Photo Radar Program Office, COPPENS' name does not appear on the roster of officers who are authorized to participate in the Photo Radar Overtime Program. In the years 2004, 2005, 2006, 2007, and 2008, COPPENS was assigned to the MPD Training Academy with her specific assignment being to the training facility located at 9000 Commo Road, Cheltenham, Maryland 20623.

4. From August 2004 through June 2008, COPPENS submitted at least ninety-four (94) fraudulent time sheets claiming entitlement to more than 3400 hours of overtime pay for work allegedly performed as part of the Photo Radar Overtime Program. During that period, COPPENS never performed any work in connection with the Photo Radar Overtime Program. COPPENS forged the signature of a supervisor on at least ninety-four (94) time sheets, making the fraud almost undetectable.

5. As a consequence, during the period August 2004 through June 2008, MPD paid COPPENS overtime pay to which COPPENS was not entitled and COPPENS accepted that pay.

6. In total, MPD paid COPPENS a gross pre-tax amount of $178,611.87 for overtime hours allegedly performed as part of the Photo Radar Overtime Program. COPPENS accepted those payments and made no effort to return any of those unlawfully-obtained monies to MPD prior to the investigation of these allegations in June 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
JOHN W. BORCHERT
Assistant United States Attorney
D.C. Bar No. 472824
555 4th Street, N.W., Room 5840
Washington, D.C. 20530
(202) 353-2442
John.Borchert@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, Harold Martin, Esq. I agree and stipulate to this Statement of Offense.

Date: 9/12/08        _____
Karin Coppens
Defendant

I have discussed this Statement of Offense with my client, Ms. Karin Coppens. I concur with her decision to stipulate to this Statement of Offense.

Date: 9-12-08        _____
Harold Martin, Esq.
Attorney for Defendant Karin Coppens